IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTINA CALLOWAY,

    Plaintiff,

vs.                                 Case No. 13-CV-1290-JTM-TJJ

C. COOPER, Wichita Police Officer,

    Defendant.

## **DEFENDANT'S DESIGNATION OF COMPARATIVE FAULT**

Pursuant to the Scheduling Order, defendant submits that plaintiff's claims under Kansas law are barred or reduced by the comparative fault of plaintiff.

                                GARY E. REBENSTORF
                                City Attorney
                                SHARON L. DICKGRAFE #14071
                                Chief Deputy City Attorney
                                City Hall-13th Floor
                                455 North Main
                                Wichita, KS 67202
                                (316) 268-4681
                                FAX: (316) 268-4335
                                Email: _GRebenstorf@wichita.gov_

                                and

                                /s/ J. Steven Pigg
                                J. Steven Pigg      #09213
                                Attorney for Defendant
                                FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
                                3550 S.W. 5th Street
                                P. O. Box 949
                                Topeka, KS 66601-0949
                                Phone number: (785) 232-7761
                                Fax number: (785) 232-6604
                                Attorney's E-mail address: _spigg@fisherpatterson.com_

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Joseph H. Cassell
ERON LAW, P.A.
229 E. William Street, Suite 100
Wichita KS 67202
*Attorney for Plaintiff*
Email: jhcassell@eronlaw.net

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: No one.

/s/ J. Steven Pigg
J. Steven Pigg         #09213
Attorney for Defendants
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
P. O. Box 949
Topeka, KS 66601-0949
Phone number: (785) 232-7761
Fax number: (785) 232-6604
Attorney's E-mail address: spigg@fisherpatterson.com